19394. ELROD *v.* THE STATE.

BROYLES, C. J. The evidence was insufficient to authorize the defendant's conviction of the offense of possessing intoxicating liquor, and the court erred in refusing to grant a new trial.

*Judgment reversed. Luke and Bloodworth, JJ., concur.*

DECIDED MARCH 6, 1929.

*H. H. Anderson,* for plaintiff in error.
*John C. Mitchell, solicitor-general,* contra.